**Motion Granted; Appeal Dismissed and Memorandum Opinion filed November 26, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00765-CV

**MICROWAVE NETWORKS, INC., Appellant**

**V.**

**ABC ASSEMBLY LLC, F/K/A NGI ELECTRONICS, LLC, Appellee**

**On Appeal from the 165th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-64733**

## MEMORANDUM OPINION

This is an appeal from a judgment signed July 12, 2019. On November 14, 2019, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, and Zimmerer.